IN THE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.   16-62420-CIV-DIMITROULEAS/Snow

CLAUDIA LeSAGE

    Plaintiff,
v.

REGIS CORPORATION,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL OF RECORD

COMES NOW, the law offices of BARRY S. MITTELBERG, P.A., and files this their appearance as Co-Counsel in this matter for Plaintiff, CLAUDIA LeSAGE, and requests all future pleadings and correspondence be forwarded to the undersigned.

    /s/ Barry S. Mittelberg
    Barry S. Mittelberg, Esq.
    Fla. Bar ID No. 396567
    Attorney E-mail Address:
    barry@mittelberglaw.com
    Law Offices of Barry S. Mittelberg, P.A.
    1700 N. University Drive, Suite 300
    Coral Springs, Florida 33071
    Telephone: (954) 752-1213
    Facsimile: (954) 752-5299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail

1

to any non CM/ECF participants and/or the foregoing document was served via transmission of

Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ Barry S. Mittelberg
Barry S. Mittelberg

Inger M. Garcia, Esq.
attorney@floridapotlawfirm.com
GARCIA LEGAL GROUP, P.A.
Counsel for Plaintiff
839 Volunteer Road
Suite 514
Davie, FL 33330
954-394-7461
Fax: (954) 446-1635
Attorney for Plaintiff

Joanne B. Lambert
Florida Bar No. 899062
lambertj@jacksonlewis.com
Jesse I. Unruh
Florida Bar No. 93121
JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
Attorneys for Defendant REGIS CORPORATION