## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 16-cv-62420**

|  |  |
|---|---|
| **CLAUDIA LESAGE,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **REGIS CORPORATON,** | ) |
|  | ) |
| **Defendant.** | ) |

## JOINT MOTION FOR ENTRY OF RULE 502(D) ORDER

The Parties, by and through their undersigned attorneys, hereby jointly move pursuant to Federal Rule of Evidence 502(d) for entry of the attached proposed Rule 502(d) Order regarding the production of privileged or work-product protected documents.  In support of this Motion, the Parties state the following.

1.  The claims alleged in this matter concern employment related disputes between Plaintiff and Defendant.  The Parties anticipate exchanging extensive discovery, and seek to exchange information, some of which is related to two charges filed with the Equal Employment Opportunity Commission.

2.  Some of relevant documents will involve attorney-client communications and/or attorney work product.  The parties will be diligent in preserving the privileges, however in an abundance of caution, the parties request the Court enter an order to ensure the privileges are not waived by disclosure.

3.  The parties have prepared a proposed Rule 502(d) Order attached as Exhibit "A." By means of the Rule 502(d) Order, the parties are seeking to obtain a ruling that will enable them to freely exchange information in this litigation without the risk of a prejudicial effect arising from the disclosure of privileged or work-product protected documents.

4.   The Parties agree that the attached proposed Rule 502(d) Order will protect the confidentially and privileged nature of the sensitive information addressed within and believe that its entry will promote "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

WHEREFORE, the Parties request that the Court enter the proposed Rule 502(d) Order attached as Exhibit "A".

DATED this 9th day of March, 2017.

Respectfully submitted,

Garcia Legal Group, P.A.
4839 Volunteer Road, Suite 514
Davie, Florida 33330
Telephone:    (954) 894-9962
Facsimile:    (954) 446-1635

By:   */s/ Inger M. Garcia*
        Inger M. Garcia
        Florida Bar No. 106917
        attorney@ingergarcia.com

Law Offices of Barry S. Mittelberg, P.A.
1700 N. University Drive, Suite 300
Coral Springs, FL 33071
Telephone: (954) 752-1213
Facsimile: (954) 752-5299

By:   */s/ Barry S. Mittelberg*
        Barry S. Mittelberg
        Florida Bar No. 396567
        barry@mittelberglaw.com

Attorneys for Plaintiff
CLAUDIA LESAGE

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:    (407) 246-8440
Facsimile:    (407) 246-8441

By:   */s/ Jesse I. Unruh*
        Joanne B. Lambert
        Florida Bar No. 899062
        lambertj@jacksonlewis.com

        Jesse I. Unruh
        Florida Bar No. 93121
        jesse.unruh@jacksonlewis.com
Attorneys for Defendant
REGIS CORPORATION

Exhibit "A" Proposed Fed. R. Evidence 502(d) Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| **CLAUDIA LESAGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 16-cv-62420** |
| | ) | |
| **REGIS CORPORATON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D)

**IT IS ORDERED** that the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**DONE AND SIGNED** in chambers at Fort Lauderdale, Broward, County, Florida this ___ day of _____.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
4842-0210-2596, v. 1